**Stanley Marszalek, appellee, v. Polish Publishing Company of Chicago, appellant. Gen. No. 25,695.**

Action for injuries to person jostled against hoisting device in a sidewalk. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. Opinion filed December 31, 1920.

Zimmerman, Mack & Garrett, for appellant. C. Helmer Johnson, for appellee; James D. Power, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**John M. McClun, appellant, v. Louise Turnblom, appellee. Gen. No. 25,735.**

Action to recover commissions on the sale of realty. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 31, 1920.

Henry M. Hagan, for appellant. Theodore Johnson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**James B. Carter, appellee, v. Addison Blakely, appellant. Gen. No. 25,780.**

Action of forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed. Opinion filed December 31, 1920.

William McKinley, for appellant. Richard H. Peterson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Fred W. Holm, appellee, v. County of Cook et al., appellants. Gen. No. 26,528.**

Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed on striking bill of exceptions. Opinion filed December 31, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Maclay Hoyne, for appellants. Coburn & Bentley, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.